# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JACOB THOMAS EARLS                                                                  PLAINTIFF

v.                          No. 5:12CV00219 JLH-BD

ROBBIE FREAD, *et al.*                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful review of the Recommendation, the timely objections received to the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The plaintiff's claim regarding the defendants' alleged failure to follow prison procedure in responding to his grievances is DISMISSED, with prejudice.

IT IS SO ORDERED this 13th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE