# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JACOB THOMAS EARLS
ADC #14556                                                                                          PLAINTIFF

V.                                      No. 5:12CV00219 JLH-BD

ROBBIE FREAD, *et al.*                                                                    DEFENDANTS

## ORDER

The Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

The Defendants' motion for summary judgment (docket entry #20) is GRANTED. Mr. Earls's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 26th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE